**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States of America<br>v.<br>Daniel W. Hartwig; Harris N.A., as successor trustee to Harris Bank Roselle UTS, dated June 25, 1979, a/k/a trust #11059; and Washington Mutual | FILED: JULY 1, 2008<br>08CV3751<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE SCHENKIER<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

| NAME (Type or print) |
|---|
| John L. Schoenecker |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John L. Schoenecker |

| FIRM |
|---|
| U.S. Department of Justice, Tax Division, CTS-Northern Region |

| STREET ADDRESS |
|---|
| Ben Franklin Station, PO Box 55 |

| CITY/STATE/ZIP |
|---|
| Washington, D.C. 20044-0055 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC 6287323 | (202) 307-6573 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐